John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Douglas G. Muehlhauser (SBN 179,495)
doug.muehlhauser@kmob.com
Perry D. Oldham (SBN 216,016)
perry.oldham@kmob.com
Mark Lezama (SBN 253,479)
mark.lezama@kmob.com
Alan G. Laquer (SBN 259,257)
alan.laquer@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NOMADIX, INC.

John P. Bovich (SBN 150688)
jbovich@reedsmith.com
David T. Pollock (SBN 217546)
dpollock@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
REED SMITH LLP
355 South Grand Ave, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant
SOLUTIONINC TECHNOLOGIES LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| NOMADIX, INC., | ) Civil Action No. |
|---|---|
| Plaintiff, | ) CV10-00381 DDP (VBKx) |
| v. | ) **JOINT NOTICE OF LODGING OF [PROPOSED] PROTECTIVE ORDER** |
| SOLUTIONINC TECHNOLOGIES LIMITED, | ) |
| Defendant. | ) Honorable Victor B. Kenton |
| AND RELATED COUNTERCLAIMS | ) |

1  The parties hereby lodge the attached proposed protective order, to which
2  they have each stipulated. The parties respectfully request entry of the proposed
3  order.

5  Respectfully submitted,
6  KNOBBE, MARTENS, OLSON & BEAR, LLP

8  Dated: February 8, 2011          By: /s/ *Douglas G. Muehlhauser*
9      John B. Sganga, Jr.
    Douglas G. Muehlhauser
10     Perry D. Oldham
    Mark Lezama
11     Alan G. Laquer

12     Attorneys for Plaintiff
    NOMADIX, INC.

15 REED SMITH LLP

18 Dated: February 8, 2011          By: /s/ *David T. Pollock* (with permission)
    John P. Bovich
19     David T. Pollock
    Michael A. Garabed

20     Attorneys for Defendant
21     SOLUTIONINC TECHNOLOGIES LTD.

23 10393730