O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOMADIX, INC., a Delaware corporation, | ) ) ) | Case No. CV 10-00381 DDP (VBKx) |
| Plaintiff, | ) ) | **ORDER GRANTING REED SMITH LLP'S EX PARTE APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | ) ) | [Docket No. 115] |
| SOLUTIONINC TECHNOLOGIES LIMITED, a Canadian corporation, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Presently before the court is Reed Smith LLP's Ex Parte Application for Leave to Withdraw as Counsel of Record for Defendant and Counter Claimant SolutionInc Technologies Limited ("SolutionInc"), because SolutionInc breached its agreement and obligation to pay fees to Reed Smith LLP ("Reed Smith"). See Cal. R. Prof. Conduct ("CRPC") 3-700(C)(1)(f). As required, Reed Smith provided adequate written notice to SolutionInc of this Application, see C.D. Cal. Local R. ("L.R.") 83-2.9.2.1, as well as "the consequences of [SolutionInc's] inability to appear pro se." L.R. 83-2.9.2.3; see also L.R. 83-2.10.1 (providing that

corporations and similar entities may not appear pro se). SolutionInc assented to the withdrawal on December 28, 2011. See CRPC 3-700(C)(5).

Reed Smith also provided the required notice to Plaintiff Nomadix, Inc. ("Nomadix") and all other parties who have appeared in this action. See L.R. 83-2.9.2.1. Nomadix opposes the Application "to the extent that the proposed withdrawal will introduce delay in this case." (Opp'n at 1.) In particular, Nomadix expresses concern that SolutionInc may not obtain new counsel in a timely manner. No other party opposes this Application.

Under Local Rule 83-2.9, an attorney may only withdraw as counsel by leave of court. For the reasons discussed above, the court finds that there are sufficient grounds for withdrawal. The court therefore GRANTS this Application. However, to avoid undue delay, the court also orders SolutionInc to find new counsel within thirty days of the date of this Order.

IT IS SO ORDERED.

Dated: January 18, 2012

                                                    DEAN D. PREGERSON
                                                    United States District Judge